UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

MICHAEL J. FOSTER and
CHRISTINA M. FOSTER,

Debtors.

Chapter 13
Case No. 13-20981

**OPINION ON ORDER GRANTING IN PART AND DENYING IN PART FOURTH INTERIM APPLICATION OF MOLLEUR LAW OFFICE FOR <u>COMPENSATION OF LEGAL SERVICES</u>**

This matter came before the Court on the Fourth Interim Application of Molleur Law Office for Compensation of Legal Services (Docket Entry ("D.E.") 73) (the "Fourth Fee Application") dated March 2, 2017 seeking allowance of $2,211.90 in fees and $0.00 in costs, for a total of $2,211.90. The fees sought include $214.00 in time billed in connection with drafting and reviewing the Fourth Fee Application. Approximately five months earlier, Molleur Law Office filed a prior fee application (the "Third Fee Application") in the amount of $1,142.20 for fees and $0.00 for expenses (D.E. 46).

In light of the fact that the Fourth Fee Application was filed so soon after the Third Fee Application and seeks such a relatively small award, the Court finds the fees billed in connection with drafting and reviewing the Fourth Fee Application are not reasonably likely to benefit the Debtors or their estate, and are not necessary to the administration of this case. These fees, in the amount of $214.00, should be disallowed without prejudice to Molleur Law Office's right to request those fees at the time of its final fee application.

Therefore, the Court concludes that Molleur Law Office, as counsel for the Debtors, should be allowed the sum of $1,997.90 in fees and $0.00 in costs for a total of $1,997.90, which represents reasonable compensation for services rendered to the Debtors between October 25, 2016 and March 2, 2017.

A separate order shall enter.

Dated: April 4, 2017

/s/ Peter G. Cary
Hon. Peter G. Cary
United States Bankruptcy Court